## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN PAYTON, | ) |
| Petitioner, | ) |
| v. | ) No. 2:12-cv-151-JMS-WGH |
| STANLEY KNIGHT, | ) |
| Respondent. | ) |

### Entry Directing Further Proceedings

**I.**

The petitioner's request to proceed *in forma pauperis* [2] is **denied**. He shall have through **July 20, 2012**, in which to pay the $5.00 filing fee.

**II.**

Petitioner Payton shall have **through July 20, 2012,** in which to **file an amended petition for a writ of habeas corpus** which coherently sets forth his claim(s) for relief. The petition he filed omitted page 3 and contains no statement of his claims for relief. He must do more than state "see attached." *Mayle v. Felix,* 545 U.S. 644, 661 (2005) (AHabeas Corpus Rule 2(c) . . . instructs petitioners to ›specify all available grounds for relief= and to ›state the facts supporting each ground.=@). By Aclaims@ as used in this setting are meant the recognized principles of law which, as applied to the facts and circumstances of the challenged disciplinary proceeding, show the challenged proceeding to have been deficient or violative of the petitioner=s rights.

The **clerk shall include** with the petitioner's copy of this Entry a copy of his petition for a writ of habeas corpus and exhibits thereto. The petitioner does not need to re-file all of the exhibits that were attached to his original petition.

**IT IS SO ORDERED.**

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 06/15/2012

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.

**Distribution:**

**John Payton**
**DOC #120732**
**Putnamville Correctional Facility**
**1946 West U.S. 40**
**Greencastle, IN 46135-9275**